**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 96-2275**

————————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

     versus

WILLIAM ARTHUR BROWN,

                                      Claimant - Appellant,

     and

$11,864 US CURRENCY; $7,800 US CURRENCY,

                                            Defendants.

————————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CA-95-318-3-P)

————————————

Submitted: May 17, 1997             Decided: May 28, 1997

————————————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

William Arthur Brown, Appellant Pro Se. William A. Brafford, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting summary judgment and a judgment of forfeiture of $19,664 in United States currency to the government and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Brown, No. CA-95-318-3-P (W.D.N.C. Aug. 8, 15, & 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3